UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOLANDA CLAUDIO,

    Plaintiff,

v.                                          CASE NO: 8:06-cv-2103-T-23TGW

HOME DEPOT,

    Defendant,
_____/

## **ORDER**

Pursuant to a standing order of this court dated January 5, 1998, this matter was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's November 20, 2006, report and recommendation (Doc. 4), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 4) is **ADOPTED**. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), the plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**. Pursuant to Rule 8, Federal Rules of Civil Procedure, the plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on December 13, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE